IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAN 2 3 2003

LUMA CORPORATION, Plaintiff,

vs. Civil Action No.: 1:02-CV-1132

STRYKER CORPORATION; KARL STORZ ENDOVISION, INC.; and KARL STORZ ENDOSCOPY-AMERICA, INC., Defendants.

**LUMA CORPORATION'S REPLY TO**
**KARL STORZ ENDOSCOPY-AMERICA, INC.'S COUNTERCLAIMS**

Plaintiff Luma Corporation ("Luma") hereby answers Karl Storz Endoscopy-America, Inc.'s ("Karl Storz") counterclaims included in Karl Storz Endoscopy-America, Inc.'s Answer To Complaint And Counterclaims ("Counterclaims") as follows. Each paragraph carries the same number as the paragraph in the Counterclaims to which the paragraph responds.

**Counterclaim I**

17. Admitted.

18. Luma admits that jurisdiction in this Court is proper and that it is subject to personal jurisdiction in this Court. Luma is without information and belief as to the remaining allegations of paragraph 18 of the Counterclaims and therefore denies each and every one of those allegations.

19. Admitted.

20. Rights to United States Patent No. 5,740,801 are assigned to Luma. Except as expressly admitted, Luma denies each and every allegation contained in paragraph 20 of the Counterclaims.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

**Counterclaim II**

25. Admitted.

26. Luma admits that jurisdiction in this Court is proper and that it is subject to personal jurisdiction in this Court. Luma is without information and belief as to the remaining allegations of paragraph 26 of the Counterclaims and therefore denies each and every one of those allegations.

27. An actual controversy exists between Luma and Karl Storz as to whether United States Patent No. 5,877,819 ("the '819 patent") is invalid. Based on the information now available to Luma, Luma believes that Karl Storz' current products are dissimilar to products discussed in the claims of the '819 patent. Except as expressly admitted, Luma denies each and every allegation contained in paragraph 27 of the Counterclaims.

28. Rights to the '819 patent are assigned to Luma. Except as expressly admitted, Luma denies each and every allegation contained in paragraph 28 of the Counterclaims.

29. Based on the information now available to Luma, Luma believes that Karl Storz' current products are dissimilar to products discussed in the claims of the '819 patent. Except as expressly admitted, Luma denies each and every allegation contained in paragraph 29 of the Counterclaims.

30. Denied.

31. Denied.

**Affirmative Defenses**

Luma asserts all affirmative defenses found in Rule 8(c) of the Federal Rules of Civil Procedure, including but not limited to the contributory/comparative

negligence of Karl Storz as those defenses may apply to the facts of this civil action, as determined through discovery.

Wherefore, Luma respectfully requests that Karl Storz' counterclaims be dismissed; that all relief requested therein be denied; and, that Luma be awarded its costs and attorney's fees.

LUMA CORPORATION,

By Counsel.

Jerry J. Cameron
West Virginia State Bar ID #597
Brewster, Morhous, Cameron, Mullins,
Caruth, Moore, Kersey & Stafford, PLLC
418 Bland Street
P.O. Box 529
Bluefield, West Virginia 24701
304-325-9177

and

Paul J. André
Norbert Stahl
Joel M. Curzon
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
650-620-4500

**CERTIFICATE OF SERVICE**

I, Jerry J. Cameron, attorney for defendants, in the above-styled civil action, hereby certify that on the 22nd day of January, 2003, I served the foregoing LUMA CORPORATION'S REPLY TO KARL STORZ ENDOSCOPY-AMERICA, INC.'S COUNTERCLAIM upon all counsel of record, by depositing a true copy thereof into the United States mail, postage prepaid, in envelopes addressed as follows:

William B. Flanigan
Sanders, Austin, Prudich & Flanigan
320 Courthouse Road
Bluefield, West Virginia 24701
Attorney for Defendant, Stryker Corporation

Timothy J. Malloy
Gregory J. Vogler
Robert A. Surrette
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Attorney for Defendant, Stryker Corporation

Wayne L. Evans
Katz, Kantor & Perkins
P. O. Box 727
Bluefield, West Virginia 24701
Attorney for Defendants, Karl Storz Endovision, Inc. and Karl Storz Endoscopy-America, Inc.

Wesley W. Whitmyer, Jr.
Richard J. Basile
David W. Aldrich
St. Onge, Steward, Johnston & Reens, LLC
986 Bedford Street
Stamford, Connecticut 06905
Attorney for Defendants, Karl Storz Endovision, Inc. and Karl Storz Endoscopy-America, Inc.

Jerry J. Cameron